PEOPLE V SETTLES, No. 137931; Court of Appeals No. 278704.

KELLY, C.J. I would grant leave to appeal to reconsider *People v Maxson*, 482 Mich 385 (2008).

CAVANAGH, J. I would grant leave to appeal.